### BEFORE THE FIRST DIVISION, JUNE 24, 1965

**No. 69409.**—Lansen-Naeve Corp. and Aristo Craft Distinctive Miniatures et al. *v.* United States, protests 63/2126(B), etc. (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of miniature motors similar in all material respects to those the subject of Abstract 66961, the claim of the plaintiffs was sustained.

**No. 69410.**—Polk's Model Craft Hobbies, Inc. *v.* United States, protests 64/3527 (D), etc. (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of miniature motors similar in all material respects to those the subject of Abstract 66961, the claim of the plaintiff was sustained.

**No. 69411.**—Louis Marx & Co., Inc. *v.* United States, protests 64/12342, etc. (Philadelphia).

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the merchandise consists of miniature motors similar in all material respects to those the subject of Abstract 66961, the claim of the plaintiff was sustained.

**No. 69412.**—Thoresen, Inc., and Rohner Gehrig & Co., Inc., et al. *v.* United States, protests 64/2004, etc. (New York).

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the merchandise consists of miniature motors similar in all material respects to those the subject of Abstract 66961, the claim of the plaintiffs was sustained.